UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
MSP RECOVERY CWMS, SERIES LLC,                          JUDGMENT
                                                        23-CV-1098 (NGG) (MMH)
                        Plaintiff,

                v.

EXACTECH, INC. and EXACTECH U.S., INC.,

                        Defendants.
----------------------------------------------------------- X

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge,

having been filed on June 14, 2023, granting Defendants' motion to dismiss for lack of subject

matter jurisdiction; granting Plaintiff leave to file an Amended Complaint within 30 days from the

Order; and an Order having been filed on August 9, 2023, dismissing this case; it is

ORDERED and ADJUDGED that Defendants' motions to dismiss is granted; and that this

case is dismissed.

Dated: Brooklyn, NY                                     Brenna B. Mahoney
        August 10, 2023                                 Clerk of Court

                                        By:     /s/Jalitza Poveda
                                                Deputy Clerk